AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Relvas, et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) | Civil Action No. 1:26-cv-00642 LDH-LKE |
| Iran and China Investment Development Group d/b/a Lubian.com | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey A. Brown of Dechert LLP on behalf of Iran and China Investment Development Group d/b/a Lubian.com

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
jeffrey.brown@dechert.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert A. Braun
1100 New York Ave. NW
Washington, D.C. 20005
Floor 8

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Brenna B. Mahoney*
CLERK OF COURT

Date: 2/12/2026

s/ *M. Royer*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00642

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

I served Defendant Iran and China Development Corporation dba Lubian.com through its attorney Jeffrey Brown via email at 'jeffrey.brown@dechert.com' on February 18, 2026

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/27/2026

*Server's signature*

Robert A. Braun, Partner
*Printed name and title*

1100 New York Ave., NW, Suite 800
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN RELVAS; ANTONIO RELVAS; JOSEFINA RELVAS, Individually and as Representative of the Estate of Rui Relvas and the Estate of Joao Relvas; SAMUEL F. SPEARING; LOIS SPEARING; RICHARD M. SPEARING, Individually and as Representative of the Estate of John Spearing; AKIKO RAY; ESTATE OF JUNE L. RAY; DOROTHY WAGNER, Individually and as Representative of the Estate of Lucian E. Ray, Jr., June L. Ray, and Charles Ray; SHIRLEY MITCHELL, Individually and as Representative of the Estate of Freddie Haltiwanger, the Estate of Freddie L. Haltiwanger, and the Estate of Mary M. Haltiwanger; JOHN L. KEES, Individually and as Representative of the Estate of Marion Kees, Estate of Marian Kees, and Estate of Harvey Kees; WILTON HUE JR.; MYRA HAYNES; BRETT HUE; TINA HAMILTON; JILL STOLTZ, Individually and as Representative of the Estate of Elaine Hue, the Estate of Jarrett Hue, the Estate of Lyndon Hue, the Estate of Donna Myers, the Estate of Wilton Hue; MARSHA TURNER, Individually and as Representative of the Estate of Marcus Coleman, Estate of Kenneth Coleman, and Estate of Dorothy Coleman; MICHAEL COLEMAN; SHERYL WESTERVELT, individually and as representative of the Estates of David Bousum and Joanna Bousum; DEBORAH HAHNENBERG-STEPHENSON, as representative of the Estate of Gerald Bousum; MICHAEL ALLEN CUSTARD; YVONNE CUSTARD; TERRI REA; CHYRISSE SHERMOCK, Individually and as Representative of the Estate of Kevin Custard and the Estate of Lorraine Engstrom; JAMES A. BARRETT, JR.; SUE BARRETT; STEPHANIE BARRETT SMITH, aka STEPHANIE ELKINS, Individually and as Representative of the Estates of Richard Barrett and James Barrett; WILLIAM FAULK; BRADLEY GROSS; MARK BOYD, Individually and as** | Civil Action No. 1:26-CV-00642 |

**Representative of the Estate of Annette Boyd; DUSTIN WHITFIELD, as Representative of the Estate of Timothy Whitfield; JEFF WHITFIELD; TONI WHITFIELD, as Representative of the Estate of Gary Whitfield; NEIL WHITFIELD; JIMMY WHITFIELD; MARIANNE SCHAFFER; SCOTT SMITH; JEFFREY KULP; LEO MORA; MYKEL KEVIN SILER, as Representative of the Estate of Darrell Siler; CARIE MCCORMACK; BENJAMIN FOSS; PATSY FOSS; BRUCE COCHRAN; JOHN IJAMES; REBECCA MORRISON, as Representative of the Estate of Ross Morrison; BRIAN ZEBROWSKI; EDWARD MCCARRON, JR.; TIMOTHY J. KUEHNE; BEATRICE SIMMONS, as Representative of the Estate of Greg Simmons; AL DUNCAN; ROCHELLE ALEXANDER, Individually and as Representative of the Estate of Clemon Alexander; CLARENCE ALEXANDER; MIJANOU ALEXANDER; CYNTHIA ALEXANDER SCHWARTZ; MURIEL KWEYAMA, Individually and as Representative of the Estate of Winfred B. Alexander; CHARLES DALLACHIE; GERALD SHANLEY; and ELVIS RUSNAK (f/k/a MICHAEL RUSNAK),**

  Plaintiffs,

v.

**IRAN AND CHINA INVESTMENT DEVELOPMENT GROUP d/b/a LUBIAN.COM**

  Defendant.